# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

TEL: (617) 367-1970
FAX: (617) 367-1971

SARA A. LAROCHE
THOMAS E. LENT

E-MAIL: pkrupp@luriekrupp.com

July 11, 2005

Allison D. Burroughs
Assistant U.S. Attorney
J. Joseph Moakley United States Courthouse
1 Courthouse Way, 9th Floor
Boston, MA 02210

Re: United States v. Jiangyu Zhu, et al.,
Criminal No. 05-10153-GAO

Dear Ms. Burroughs:

Please be advised that both Dr. Zhu and Dr. Kimbara will not file a waiver of the automatic discovery rules. Accordingly, your automatic discovery is due within 14 days (by July 25, 2005) under Local Rule 116.1(C).

Very truly yours,

Peter B. Krupp
Attorney for Jiangyu Zhu

Dan Marmalefsky
Attorney for Kayoko Kimbara

cc: Noreen Russo, Deputy Clerk (by CM/ECF)
Dr. Jiangyu Zhu
Dr. Kayoko Kimbara