UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JIANGYU ZHU and )<br>KAYOKO KIMBARA ) | Criminal No. 05-10153-GAO |

WAIVER OF APPEARANCE FOR
ARRAIGNMENT BY KAYOKO KIMBARA

I, Kayoko Kimbara, after consulting with counsel, hereby waive my appearance at arraignment on the above referenced indictment. I have received a copy of the indictment and have reviewed it with my counsel. My plea to the indictment is not guilty.

Signed subject to the pains of perjury this 08 day of July, 2005.

_____
Kayoko Kimbara

_____
Dan Marmalefsky
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024

DISTRICT COURT

7/11/05
N. Russo
Deputy Clerk