# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                              CRIMINAL NO. 2005-10153-GAO

JIANGYU ZHU,
KAYOKO KIMBARA,
        Defendants.

## *ORDER AMENDING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

    It is ORDERED that the Conditions of the Defendants' Pretrial Release previously set in this case be, and the same hereby are, AMENDED to the extent that the following Conditions of Release are DELETED:

> The defendants shall participate in an electronic monitoring program and remain at a specified residence (curfew) between the hours of 8:00 P.M. and 8:00 A.M.
>
> The defendants are to be accompanied on trips to Boston by a member of the litigation team after notice to Pre-Trial Services.

It is FURTHER ORDERED that the Conditions of the Defendants' Pretrial Release previously set in this case be, and the same hereby are, AMENDED to the extent that the following Conditions of Release are ADDED:

> The defendants may travel to Boston for either court appearances and/or to consult with their respective attorneys PROVIDED that they provide an itinerary to Pre-Trial Services at least five (5) working days in advance of the trip.
>
> In addition to any other reporting requirements imposed by Pre-Trial Services, the defendant Zhu shall telephone Pre-Trial Services every Monday and Thursday before noon from a land line telephone and the defendant Kimbara shall telephone Pre-Trial Services every Tuesday and Friday before noon from a land line telephone.
>
> The defendants shall keep Pre-Trial Services informed of their current residential address and shall not move from that address with notifying the Court and Pre-Trial Services in advance in writing of the new address to which they are moving.
>
> The defendants shall report any arrests or contact with law enforcement authorities within twenty-four (24) hours.

All other conditions of release previously set remain in full force and effect. The request to reduce the amount of the bond is DENIED WITHOUT PREJUDICE to a renewal of the request after the issues with respect to defendant Zhu's representation are resolved.

Review of the within Order may be had by the defendant filing a motion pursuant to 18 U.S.C. Sec. 3145(a) seeking review by Judge O'Toole.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: July 12, 2005.