# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                    CRIMINAL NO. 2005-10153-GAO

JIANGYO ZHU,
KAYOKO KIMBARA,
    Defendants.

## ORDER FOR INTERIM STATUS CONFERENCE

COLLINGS, U.S.M.J.

    Counsel are directed to report for an Interim Status Conference pursuant to Local Rule 116.5(C) on **TUESDAY, NOVEMBER 8, 2005 AT 4:15 P.M.** at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned.

                                                /s/ Robert B. Collings
                                                ROBERT B. COLLINGS
                                                United States Magistrate Judge

September 28, 2005.