# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                        CRIMINAL NO. 2005-10153-GAO

JIANGYO ZHU,
KAYOKO KIMBARA,
        Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

       An Initial Status Conference was held on September 28, 2005; counsel for the defendants was present or had coverage.

       The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    The time is enlarged to cob 11/16/2005.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than sixty (60) working days before trial;* the defendant shall comply with his reciprocal obligations respecting

      discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than thirty (30) working days before trial.*

(3)     The Government will be producing information from computer tapes maintained at Harvard. Further, counsel shall file a status report *on or before the close of business on October 14, 2005* as to whether or not firm agreements have been reached with respect to dates, times and procedures for the inspection by defendants' counsel of physical evidence in the custody of Harvard.

(4)     It is unknown whether any non-discovery type motions will be filed.

(5)     *See* Order of Excludable Delay entered this date.

(6)     A trial will be necessary; trial would take ten (10) trial days.

(7)     An Interim Status Conference is set for *Tuesday, November 8, 2005 at 4:15 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)     *See* ¶¶ (1)-(4), *supra*.

(2)     It does not.

(3)     None.

(4)     *See* Order of Excludable Delay entered this date.

(5)     Not applicable.

                                  */s/ Robert B. Collings*
                                  ROBERT B. COLLINGS
                                  United States Magistrate Judge

September 28, 2005.