# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

JIANGYO ZHU and

KAYOKO KIMBARA,

   Defendants.

**APPEARANCE**

Case Number: 05-10153-GAO

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    the United States of America.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 8, 2005 | **/s/ Michael J. Pineault** |
| Date | Signature |
| | Michael J. Pineault |
| | Print Name      Bar Number |
| | U.S. Attorney's Office |
| | Address |
| | Boston     MA     02210 |
| | City     State     Zip Code |
| | 617-748-3261 |
| | Phone Number      Fax Number |