# Gregory J. Smith

## COUNTY OF SAN DIEGO
### ASSESSOR/RECORDER/COUNTY CLERK




| RECORDER/COUNTY CLERK'S OFFICE | | ASSESSOR'S OFFICE |
|---|---|---|
| 1600 Pacific Highway, Room 260 | www.sdarcc.com | 1600 Pacific Highway, Room 103 |
| P O Box 121750 * San Diego, CA 92112-1750 | | San Diego, CA 92101-2480 |
| Tel (619) 238-8158 * Fax (619) 557-4155 | | Tel. (619) 236-3771 * Fax (619) 557-4056 |

BATCH #:   164065120060208

|  |  |  |  |
|---|---|---|---|
| DOCUMENT #'S: | 2006-0094317 | TO | 2006-0094318 |
| RECORDING DATE: | FEB 08, 2006 | 1:40 PM | |

|  |  |
|---|---:|
| RECORDING: | 16.00 |
| ADD'L RECORDING: | 8.00 |
| MICROGRAPHICS: | 2.00 |
| TRIAL COURT: | 6.00 |
| TOTAL DUE: | 32.00 |
| CHANGE: | 8.00 |
| TOTAL TENDERED: | 40.00 |

| SERVICES AVAILABLE AT OFFICE LOCATIONS | SERVICES AVAILABLE ON-LINE AT www.sdarcc.com |
|---|---|
| * Tax Bill Address Changes | * Forms and Applications |
| * Records and Certified Copies: Birth/ Marriage/ Death/ Real Estate | * Frequently Asked Questions (FAQs) |
| * Fictitious Business Names (DBAs) | * Grantor/ Grantee Index |
| * Marriage Licenses and Ceremonies | * Fictitious Business Names Index (DBAs) |
| * Assessor Parcel Maps | * Property Sales |
| * Property Ownership | * Weddings on the Web |
| * Property Records | * On-Line Purchases |
| * Property Values |   Assessor Parcel Maps |
| * Document Recordings (Except in Kearny Mesa) |   Property Characteristics |
| |   Recorded Documents |

**BRANCH OFFICES AVAILABLE TO SERVE YOU**
Monday through Friday 8:00 a.m. - 5:00 p.m.
Saturdays at the Kearny Mesa Office 9:00 a.m. - 3:00 p.m.

| CHULA VISTA | EL CAJON | KEARNY MESA | SAN MARCOS |
|---|---|---|---|
| 590 Third Avenue | 200 South Magnolia Ave. | 9225 Clairemont Mesa Blvd. | 334 Via Vera Cruz, Suite 150 |
| Chula Vista, CA 91910-2646 | El Cajon, CA 92020-3316 | San Diego, CA 92123-1211 | San Marcos, CA 92078-2638 |
| (619) 498-2277 | (619) 401-5750 | (858) 505-6226 | (760) 940-6858 |