UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | Criminal No. 05-10153-GAO |
| ) | |
| JIANGYU ZHU and                    ) | |
| KAYOKO KIMBARA              ) | |

ORDER RELEASING PORTION OF CASH BAIL

In accordance with the Order entered October 14, 2005, it is hereby ORDERED that the Clerk of this Court shall discharge $100,000 of the cash bail posted to effectuate the release of Jiangyu Zhu and $100,000 of the cash bail posted to effectuate the release of Kayoko Kimbara. to the surety, Masakazu Kimbara.

So ordered this 16th day of March, 2006,

_____
Hon. Robert B. Collings
U.S. Magistrate-Judge