**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

February 13, 2006

RCVD
Clerk's Office
USDC, Mass
Date 3-16-06
By_____
Deputy Clerk

Ms. Noreen Russo
Deputy Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re:  U.S. v. Jiang-Yu Zhu and Kayoko Kimbara
     Criminal No. 05-10153-GAO

Dear Ms. Russo:

In accordance with Judge Collings' order entered in the above-referenced matter on October 14, 2005, enclosed please find for filing the following:

1) a copy of a mortgage recorded in the San Diego County Clerk's Office, along with proof of recording;

2) a certificate of good title;

3) a new appraisal on the property owned by Mr. Zhu and Ms. Kimbara; and

4) a proposed form of order for the Court, ordering the release of $100,000 in cash bail for each defendant.

Please note that the equity in the property, based upon the appraisal less the outstanding mortgages, comes to a total of approximately $157,500.

Thank you for your attention to this matter.

Sincerely,

Miriam Conrad

MC:lhd

Enclosures

**FEDERAL DEFENDER OFFICE**

cc: AUSA Michael Pineault
    Dan Marmelefsky, Esq.
    Jiang-Yu Zhu
    Kayoko Kimbara
    Deputy Pretrial Services Officer Basil Cronin