# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                                                                                         CRIMINAL NO. 2005-10153-GAO

JIANGYU ZHU,
KAYOKO KIMBARA,
    Defendants.

## ORDER RETURNING
## FILE TO THE DISTRICT JUDGE

COLLINGS, U.S.M.J.

    The parties have entered into a Pretrial Diversion Agreement which contemplates that the above-styled case will remain open for a one-year period. See #52,¶ 7. During the one-year period, the defendants would be held on minimal release conditions. See #53.

    Accordingly, the file is RETURNED to the District Judge to whom this case is assigned for consideration of the Pretrial Diversion Agreement and for ruling on Motion #53.

    The Clerk shall enter on the docket the fact that the case "is no longer

referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 20, 2006.