# FEDERAL DEFENDER OFFICE
### DISTRICT OF MASSACHUSETTS
#### 408 ATLANTIC AVENUE, 3RD FLOOR
## BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

June 16, 2006

Paul Lyness
Deputy Clerk
U.S. District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

      Re:  U.S. v. Jiang-Yu Zhu and Kayoko Kimbara
          Criminal No. 05-10153-GAO

Dear Mr. Lyness:

    Enclosed please find a proposed order releasing the bail in the above-captioned case.

    Thank you for your cooperation in this matter.

          Sincerely,

          Miriam Conrad

Enclosure

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10153-GAO |
| | ) | |
| JIANGYU ZHU and | ) | |
| KAYOKO KIMBARA | ) | |

ORDER RELEASING BAIL

It is hereby ORDERED that the Clerk of this Court shall discharge any and all bail and property held to secure the release of Jiangyu Zhu and the release of Kayoko Kimbara.

It is specifically ordered that 1) the cash bail, including all accrued interest, be returned in its entirety to the surety, Masakazu Kimbara and 2) that each of the $100,000 mortgages recorded on February 8, 2006 on property located at 3303 Caminito Eastbluff, Unit 176, La Jolla, CA (be discharged, the escrow agreement be terminated, and the deed be returned to Mr. Zhu and Ms. Kimbara.

So ordered this _____ th day of June, 2006,


_____          _____
                                          George A. O'Toole
                                          U.S. District Court Judge