UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10153-GAO |
| ) | |
| JIANGYU ZHU and ) | |
| KAYOKO KIMBARA ) | |

ORDER RELEASING BAIL

It is hereby ORDERED that the Clerk of this Court shall discharge any and all bail and property held to secure the release of Jiangyu Zhu and the release of Kayoko Kimbara.

It is specifically ordered that 1) the cash bail, including all accrued interest, be returned in its entirety to the surety, Masakazu Kimbara and 2) that each of the $100,000 mortgages recorded on February 8, 2006 on property located at 3303 Caminito Eastbluff, Unit 176, La Jolla, CA (be discharged, the escrow agreement be terminated, and the deed be returned to Mr. Zhu and Ms. Kimbara.

So ordered this ____ th day of June, 2006,

_____
George A. O'Toole
U.S. District Court Judge