UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10153-GAO |
| ) | |
| JIANGYU ZHU and ) | |
| KAYOKO KIMBARA ) | |

### DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Jiangyu Zhu and Kayoko Kimbara to the Clerk of the United States District Court for the District of Massachusetts, for property located at 3303 Caminito Eastbluff, Unit 176, La Jolla, California, on February 8, 2006 and recorded in the official records of the county of San Diego, California document numbers 2006-0094317 to 2006-0094318, acknowledge satisfaction of the same.

Witness my hand and seal this 27 day of July, 2006.

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, S.S.

Date: 7/27/06

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires: 12/12/08