```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     V.                       )    CRIMINAL NO. 05-10153-GAO
                              )
JIANGYU ZHU                   )
     a/k/a JIANG YU ZHU, and  )
KAYOKO KIMBARA                )
                              )
     Defendants               )
```

**NOTICE OF APPEARANCE OF S. WAQAR HASIB**

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                          By:  /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:  /s/ S. Waqar Hasib
     S. WAQAR HASIB
     Assistant U.S. Attorney

Date: January 3, 2007