UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10153-GAO |
| ) | |
| JIANGYO ZHU and ) | |
| KAYOKO KIMBARA ) | |

**DISMISSAL OF INDICTMENT AGAINST
JIANGYO ZHU AND KAYOKO KIMBARA**

Pursuant to FRCP 48(a), the Acting U.S. Attorney for the District of Massachusetts, Michael K. Loucks, hereby dismisses the indictment against defendants JIANGYO ZHU and KAYOKO KIMBARA, charging them with interstate transportation of stolen property, in violation of 18 U.S.C. § 2314.  In support of this dismissal, the government states that on April 12, 2006, the parties entered into a pretrial diversion agreement, in which the government agreed to dismiss all charges against the defendants if they did not commit any crimes for a period of one year.  The defendants have satisfied their obligations under this agreement.  Accordingly, dismissal is in the interests of justice.

Respectfully submitted,

_____ 4/16/7
MICHAEL K. LOUCKS
Acting U.S. Attorney

_____
S. WAQAR HASIB
Assistant U.S. Attorney

Leave to File Granted:

_____
Hon. George A. O'Toole, Judge
United States District Court